**FILED**

February 27, 2015

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                        )
            Plaintiff, )
v. )
                                          )
LEONARD VELASCO, )
                                          )
            Defendant. )

Case No. 2:15MJ00030-DAD

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ___LEONARD VELASCO___ , Case No. _

2:15MJ00030-DAD  , Charge _18USC § 2, 1344(2), 1028A(a)(1)_ , from custody subject to the

conditions contained in the attached "Notice to Defendant Being Released" and for the following

reasons:

        \_\_      Release on Personal Recognizance

        \_\_      Bail Posted in the Sum of $\_\_

           ✔     Unsecured Appearance Bond $50,000.00

           \_\_     Appearance Bond with 10% Deposit

           \_\_     Appearance Bond with Surety

           \_\_     Corporate Surety Bail Bond

           ✔     (Other)      Pretrial conditions as stated on the record.

Issued at _Sacramento, CA_ on _March 2, 2015_ at _9:00 a.m._ .
The defendant to be released to the Pretrial Office and Transported to the "Effort".

                              By   /s/ Allison Claire/s/ Allison Claire

                                       Allison Claire
                                       United States Magistrate Judge

Copy 2 - Court