1 Dustin D. Johnson (SBN: 234008)
Two Rivers Law, P.C.
2 2701 Del Paso Road, Suite 130-155
Sacramento, CA 95835
3 Phone: (877) 377-8070
Fax: (916) 244-9889
4

5 Attorney for Leonard Velasco

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00116-KJM |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Leonard Velasco | |
| Defendant. | |

IT IS HEREBY ORDERED that the district court clerk's office return defendant Leonard Velasco's passport to him, his attorney, Dustin Johnson, or his attorney's representative.

DATED: February 5, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1