UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>LEONARD A. VELASCO,<br><br>             Defendant. | No. 2:15CR00116-KJM-01<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release LEONARD A. VELASCO;

Case No. 2:15CR00116-KJM-01, from custody for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

    _X_ (Other): Dismissal of Charges in the Violation Petition filed at ECF No. 165.

Issued at Sacramento, California on    3/1/2021   , at 10:11 AM .

_____
CHIEF UNITED STATES DISTRICT JUDGE