Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Email: defense@dinasantos.com

Attorney for:
LEONARD VELASCO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>LEONARD VELASCO,<br><br>　　　　　　　Defendant | CASE NO. 2:15CR00116 KJM<br><br>EXPARTE MOTION FOR RETURN OF PASSPORT |

On March 18, 2016, Mr. Velasco was sentenced to a total term of imprisonment of 32 months, to be followed by 36 months of supervised release. As a condition of pre-trial release, Mr. Velasco was ordered to surrender his passport to the Court. Mr. Velasco's passport was subsequently filed with the Clerk of this Court. Mr. Velasco has now completed both his term of imprisonment and his term of supervised release. Mr. Velasco now respectfully requests that this Court issue an order releasing his passport

Dated: March 5, 2021　　　　　　　　　　　　　/s/   Dina L. Santos
　　　　　　　　　　　　　　　　　　　　　　　DINA L. SANTOS, ESQ.
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Leonard Velasco

1

**ORDER**

THE CLERK OF THIS COURT IS ORDERED TO RETURN THE PASSPORT OF LEONARD VELASCO TO LEONARD VELASCO OR HIS ATTORNEY OF RECORD.

IT IS SO FOUND AND ORDERED this 9th day of March 2021.

This order resolves ECF No. 184.

_____
CHIEF UNITED STATES DISTRICT JUDGE